U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   Jun 20 2023

CAROL L. MICHEL
CLERK

AJ                                    Mail

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TOMARCUS PORTER | CIVIL ACTION |
| VERSUS | NUMBER: 22-3483 |
| RAYBURN CORRECTIONAL CENTER, ET AL. | SECTION: "J"(5) |

### CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. 636(c), all parties to the above-captioned civil proceeding hereby waive their right to proceed before a United States District Judge and consent to have a full-time United States Magistrate Judge conduct any and all further proceedings in the case, including but not limited to, the trial of the case and entry of final judgment.

The parties acknowledge they have been advised that they may, without adverse substantive consequences, withhold consent.

_5-27-2023_  _Tomarcus Porter_
Date       **Plaintiff**
           **TOMARCUS PORTER**

TENDERED FOR FILING

JUN 2 0 2023

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TOMARCUS PORTER                                      CIVIL ACTION

VERSUS                                               NUMBER: 22-3483

RAYBURN CORRECTIONAL CENTER, ET AL.                  SECTION: "J"(5)

### CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. 636(c), all parties to the above-captioned civil proceeding hereby waive their right to proceed before a United States District Judge and consent to have a full-time United States Magistrate Judge conduct any and all further proceedings in the case, including but not limited to, the trial of the case and entry of final judgment.

The parties acknowledge they have been advised that they may, without adverse substantive consequences, withhold consent.

_____          _____
Date                   **Defendants**



United States District Court
EASTERN DISTRICT OF LOUISIANA

Tomarcus Porter
Versus
Rayburn Correctional Center

Civil Action
Number
: 22-3483
Section: "J"(5)

Date Submitted in the mail
5-22-2023

Now into the court Plaintiff Present A Consent to Proceed Before A United States Magistrate Jude Sign and Dated by Plaintiff on 5-22-2022.

Respectfully Submitted
Tomarcus Porter
#743697
Rayburn Correctional Cent
27268 Hwy 22 N
Angie LA 70426

TENDERED FOR FILING

JUN 20 2023

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk